UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUAN CARLOS ALMONTE,
    Plaintiff,

vs.                                            Case No.: 3:24cv619/LC/ZCB

JUDGE TIMOTHY J. LAWLISS, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 13, 2024. (Doc. 3). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 3) is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED without prejudice** under 28 U.S.C.

§§ 1915A(b) because Defendants are entitled to absolute judicial immunity.

3.   The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 31st day of December, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**